USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: APR 30 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA       :    INDICTMENT

    - v. -                     :    07 Cr. ____

ANDREA MARKS,                  :    07CRIM. 362

        Defendant.         :
                               :
- - - - - - - - - - - - - - - - - -x

JUDGE SAND

## COUNT ONE

The Grand Jury charges:

1. From in or about October 1998, through in or about January 2005, in the Southern District of New York and elsewhere, ANDREA MARKS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, MARKS received approximately $40,099.00 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDREA MARKS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Grace Lanuchia-Poso*
Foreperson.

4/30/07 — INDICTMENT FILED
E.C.

KATZ, USMJ.