

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2007

*Via Facsimile*

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

RECEIVED
JUN 1 1 2007
CHAMBERS OF
LEONARD B. SAND

Re: United States v. Andrea Marks, 07 Cr. 362 (LBS)

Dear Judge Sand:

      Andrea Marks was arraigned before Your Honor on June 6, 2007. Your Honor has scheduled the next pre-trial conference for September 11, 2007 at 10:00 a.m. Pursuant to Your Honor's direction, enclosed is a proposed order excluding time in the above-referenced action until September 11, 2007. Such an exclusion is warranted because, among other reasons, it will enable the Government to produce initial discovery. As stated during the arraignment, Mr. Fusio, counsel for the defendant, consents to this exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth Allen Polite, Jr.
Assistant United States Attorney
(212) 637-2412

encl.

cc: Louis Fusio, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the Government to produce initial discovery, and the defendant consents to such an exclusion of time. Accordingly, it is ORDERED that the time between the date of this Order and September 11, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:      New York, New York
            June 11, 2007

                                            _____
                                            JUDGE LEONARD B. SAND
                                            UNITED STATES DISTRICT JUDGE