

# FASULO, SHALLEY & DIMAGGIO L.L.P.
### ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
\* ADMITTED NJ

OF COUNSEL
DOUGLAS KAHAN

**MEMO ENDORSED**



RECEIVED DEC 13 2007 CHAMBERS OF LEONARD B. SAND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07

December 13, 2007

**via Hand Delivery**
US DISTRICT COURT, SDNY
Hon. Leonard B. Sand, USDJ
500 Pearl Street
New York, NY 10007

          RE:   <u>United States v Andrea Marks</u>
                Docket No.: 07 Cr. 362 (LBS)

Dear Honorable Sir:

    I represent the defendant, Andrea Marks, in the above-referenced matter. Please accept this correspondence as a request to adjourn the Sentencing Hearing from December 18, 2007 to January 17, 2008.

    My office has requested additional medical information related to Ms. Marks and her family. This information is necessary to present, what Counsel believes will be, all necessary and proper issues before the Court at Sentencing. Unfortunately, we are still awaiting this information. As a result, I request an adjournment until January 17, 2007 on behalf of Ms. Marks, in order to fully and properly prepare for sentencing. It should be further noted that AUSA Kenneth Polite is aware of and consents to this application.

    Thank you for your time and consideration. Should you have any further questions or concerns, please feel free to contact the undersigned.

*[Handwritten endorsement: Adjourned to Jan 17, 2008 at 10:AM on consent. So ordered. /s/ Sand USDJ 12/17/07]*

                     Respectfully submitted,

                     */s/ L. V. Fasulo*
                     Louis V. Fasulo

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8165 • NJ (908) 273-5721
• FSDLAW@AOL.COM •

**MEMO ENDORSED**